**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tre** | **Brian** | **Edwards** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Celia** | **Josefina** | **Edwards** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **18-50128**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $18,067.05 | $18,067.05 | $0.00 |

| | |
|---|---|
| **Attorney General of Texas** | Last 4 digits of account number   6   4   7   6 |
| Priority Creditor's Name | |
| **Attn: Angela Lancelin, AAG** | When was the debt incurred?   **2017** |
| Number          Street | |
| **obo Ashley N. Edwards** | **As of the date you file, the claim is:** Check all that apply. |
| **6161 Savoy, Ste. 320** | ☐ Contingent |
| | ☐ Unliquidated |
| **Houston          TX      77036** | ☐ Disputed |
| City                State      ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☑ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ At least one of the debtors and another | ☐ Other. Specify |
| ☐ **Check if this claim is for a community debt** | |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**From poc #2**
**Debtor 1 (Tre Brian Edwards) has a court ordered child support obligation in the monthly amount of $1,034.78 plus $250 for payments toward the arrears (total of $1,284.78) for the benefit of three minor children. This obligation is payroll deducted through his employer and sent to the AG's office for ultimate disbursement to:**

**Ashley N. Edwards**
**2313 FM 1253**
**Minneola, TX 75773**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.2**

| | **$3,100.00** | **$3,100.00** | **$0.00** |

**Attorney General of Texas**
Priority Creditor's Name
**obo Tony Chavez, Jr.**
Number     Street
**2512 S. IH 35, #200**

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

**Austin**          **TX**     **79704**
City          State     ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of PRIORITY unsecured claim:**
- [x] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

Debtor 2 (Celia Edwards) has a court ordered oligation to pay child support for the benefit of one minor child in the monthly amount of $425.00 plus $184.17 for payments toward the arrears (total of $609.17) . These payments are made to the AG's office for ultimate distribution to:

Tony Chavez, Jr.
9808 Louisville
Lubbock, TX 79413

**2.3**

| | **$15,034.86** | **$15,034.86** | **$0.00** |

**IRS (Internal Revenue Service)**
Priority Creditor's Name
**Special Procedures-Insolvency**
Number     Street
**P.O. Box 7346**

Last 4 digits of account number __ __ __ __

When was the debt incurred? **2015-2017**

**Philadelphia**          **PA**     **19101-7346**
City          State     ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

**From poc #6**

Debtor 1 **Tre Brian Edwards**

Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | $161.40 |
|---|---|---|

**Abbeville Dental Group**
Nonpriority Creditor's Name
**5255 79th Street**
Number        Street

**Lubbock        TX        79424-2852**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   6   5   1   3
**When was the debt incurred?**   8/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical Services**

| 4.2 | | $593.60 |
|---|---|---|

**Ace Cash Express**
Nonpriority Creditor's Name
**1231 Greenway Drive, Ste 700**
Number        Street

**Irving        TX        75038**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   8   4   5   9
**When was the debt incurred?**   11/25/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Signature Loan**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | $1,726.96 |

**Ace Cash Express**
Nonpriority Creditor's Name
**c/o Quantum3 Group LLC**
Number     Street
**P.O. Box 788**

**Kirkland                    WA     98083-0788**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**From poc #10**

**Last 4 digits of account number   8   0   4   0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Signature Loan**

| 4.4 | | $995.53 |

**ACSO of Texas, LP**
Nonpriority Creditor's Name
**135 North Church Street**
Number     Street

**Spartanburg               SC     29306**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**From poc #4**

**Last 4 digits of account number   ___ ___ ___ ___**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Signature Loan**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.5**

$993.91

**Advance America**
Nonpriority Creditor's Name
**750 Shipyard Dr Ste 300**
Number       Street

**Wilmington           DE      19801**
City                            State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   5   3   1   8
**When was the debt incurred?**   2/22/18

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Signature Loan**

---

**4.6**

$313.42

**Alliance Credit Union**
Nonpriority Creditor's Name
**8401 Quaker Avenue**
Number       Street

**Lubbock              TX      79424-4237**
City                            State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   7   5   3
**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Overdraft Charges**

Debtor 1   **Tre Brian Edwards**
Debtor 2   **Celia Josefina Edwards**                                              Case number (if known)   **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.7 | | | $392.46 |
|---|---|---|---|

**Allstate Tx Lloyds**
Nonpriority Creditor's Name
**c/o Credit Collection Services**
Number        Street
**725 Canton Street**


**Norwood**                  **MA**    **02062**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   5   6   2**
When was the debt incurred?   **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Insurance Premiums**

| 4.8 | | | $0.00 |
|---|---|---|---|

**American Credit Accep**
Nonpriority Creditor's Name
**961 E Main St**
Number        Street


**Spartanburg**              **SC**    **29302**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   0   0   1**
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Vehicle Purchase - Co-signed**

Debtor 2 is co-signer on this vehicle note.  The co-obligor (her ex-husband) is the owner of the vehicle and is servicing the
debt.  As of 02/28/2018 the outstanding note balance was $9,458.00.  Around the time this case was filed, the vehicle
securing this loan was sold and it is debtor's understanding that this note has now been paid in full.

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**$1,855.75**

**AT&T**
Nonpriority Creditor's Name
**c/o AT&T Services, Inc.**
Number        Street
**Karen A Cavagnaro-Lead Paralegal**

**One AT&T Way, Room 3A104**

**Bedminster**          **NJ**      **07921**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**From poc #12**
**AT & T Acct #177052961582**

Last 4 digits of account number    **3   4   7   4**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Telecommunications Service**

### 4.10

**$747.53**

**BBVA Compass**
Nonpriority Creditor's Name
**P.O. Box 10566**
Number        Street

_____

**Birmingham**          **AL**      **35296**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6   7   2   5**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Overdraft Charges**

Debtor 1    **Tre Brian Edwards**
Debtor 2    **Celia Josefina Edwards**                    Case number (if known)  **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.11 | | **$55.00** |

**Brace Place**
Nonpriority Creditor's Name
**c/o Retail Merchants Association**
Number    Street
**P.O. Box 2249**

**Lubbock              TX       79408-2249**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **7  0  4  5**
When was the debt incurred?  **10/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Medical Services**

| 4.12 | | **$449.90** |

**Capital One**
Nonpriority Creditor's Name
**c/o Midland Funding**
Number    Street
**P.O. Box 2011**

**Warren                MI       48090**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**From poc #**

Last 4 digits of account number  **6  9  6  2**
When was the debt incurred?  **5/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Revolving Account**

Debtor 1    **Tre Brian Edwards**

Debtor 2    **Celia Josefina Edwards**                                        Case number (if known)    **18-50128**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.                                                                     | **Total claim** |

| 4.13 |                                                                               **$5,773.16**

**Caprock Santa Fe CU**
Nonpriority Creditor's Name

**P.O. Box 100**
Number       Street

_____

**Slaton**                      **TX**    **79364**
City                            State   ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**From poc #8**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    **8/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Signature Loan**

---

| 4.14 |                                                                               **$768.85**

**Carter & Rader**
Nonpriority Creditor's Name

**Attorneys at Law**
Number       Street

**7606 University Ave, Ste B5**

_____

**Lubbock**                     **TX**    **79424**
City                            State   ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    **2016-2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney Fees**

---

Debtor 1   **Tre Brian Edwards**
Debtor 2   **Celia Josefina Edwards**

Case number (if known)   **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.15**

| | **$667.26** |

**Cash Store / Cottonwood Fin.**
Nonpriority Creditor's Name
**1901 Gateway Drive, Suite 200**
Number       Street
_____

**Irving          TX      75038**
City             State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**From poc #16**

**Last 4 digits of account number   4   4   4   0**
**When was the debt incurred?   2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Signature Loan**

**4.16**

| | **$169.35** |

**Chase Bank**
Nonpriority Creditor's Name
**P.O. Box 36520**
Number       Street
_____

**Louisville      KY      40233**
City             State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number   2   3   5   9**
**When was the debt incurred?   12/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Overdraft Charges**

Debtor 1    **Tre Brian Edwards**
Debtor 2    **Celia Josefina Edwards**

Case number (if known)    **18-50128**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.17

**$693.41**

**Check-N-Go**
Nonpriority Creditor's Name
**4425 50th Street**
Number        Street

**Lubbock            TX        79414**
City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    3  6  3  1
**When was the debt incurred?**    1/28/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Revolving Account**

### 4.18

**$5,968.00**

**Cottages at Abbey Glen**
Nonpriority Creditor's Name
**c/o M A R S Inc**
Number        Street
**10830 E 45th St Ste 400**

**Tulsa            OK        74146**
City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    2  2  7  6
**When was the debt incurred?**    12/28/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Lease Damages**

**Address updated from info provided by Trustee on 10/01/18**

Debtor 1    **Tre Brian Edwards**
Debtor 2    **Celia Josefina Edwards**

Case number (if known)   **18-50128**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.19**

| | | **$262.61** |
|---|---|---|

**County Mutual Insurance Co**
Nonpriority Creditor's Name
**P.O. Box 509104**
Number          Street

_____

**San Diego          CA    92150**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5    6    1    2**
When was the debt incurred?    **2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Insurance**

**4.20**

| | | **$190.00** |
|---|---|---|

**Covenant Health System**
Nonpriority Creditor's Name
**P.O. Box 677056**
Number          Street

_____

**Dallas          TX    75267-7056**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **3    8    7    2**
When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

Debtor 1   **Tre Brian Edwards**
Debtor 2   **Celia Josefina Edwards**

Case number (if known)   **18-50128**

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.21**

**$348.00**

**Covenant Med Grp ER Physician**
Nonpriority Creditor's Name
**c/o Collectech Diversified**
Number     Street
**P.O. Box 12027**


**Lubbock**          **TX**     **79452**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **6   8   7   4**
When was the debt incurred?    **6/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Medical Services**

**4.22**

**$50.00**

**Covenant Med Grp IDX**
Nonpriority Creditor's Name
**c/o Collectech Diversified**
Number     Street
**P.O. Box 12027**


**Lubbock**          **TX**     **79452**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   0   8   1**
When was the debt incurred?    **5/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Medical Services**

Debtor 1   **Tre Brian Edwards**
Debtor 2   **Celia Josefina Edwards**                                    Case number (if known)  **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.23**                                                                                                                    **$480.00**

**Covenant Medical Group**                        **Last 4 digits of account number** ___ ___ ___ ___
Nonpriority Creditor's Name
**c/o Collectech Diversified**                     **When was the debt incurred?** **2019**
Number      Street
**P.O. Box 12027**                                 **As of the date you file, the claim is:** Check all that apply.
                                                   ☐ Contingent
                                                   ☐ Unliquidated
**Lubbock           TX    79452**                  ☐ Disputed
City                State ZIP Code
**Who incurred the debt?**   Check one.            **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only
☑ Debtor 2 only                                    ☐ Student loans
☐ Debtor 1 and Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another             that you did not report as priority claims
☑ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ☑ Other. Specify
**Is the claim subject to offset?**                  **Medical Services**
☑ No
☐ Yes

**4.24**                                                                                                                    $7,585.84

**Dept of Education / Great Lakes**                Last 4 digits of account number   **3   2   9   5**
Nonpriority Creditor's Name
**Claims Filing Unit**                             When was the debt incurred?   **1/2018**
Number      Street
**P.O. Box 8973**                                  As of the date you file, the claim is: Check all that apply.
                                                   ☐ Contingent
                                                   ☐ Unliquidated
**Madison           WI    53708-8973**             ☐ Disputed
City                State ZIP Code
**Who incurred the debt?**   Check one.            Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only
☐ Debtor 2 only                                    ☑ Student loans
☐ Debtor 1 and Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another             that you did not report as priority claims
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ☐ Other. Specify
**Is the claim subject to offset?**
☑ No
☐ Yes
**From poc #20**

Debtor 1   **Tre Brian Edwards**
Debtor 2   **Celia Josefina Edwards**

Case number (if known)   **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.25**

**$1,457.00**

**DirecTV**
Nonpriority Creditor's Name
**c/o Diversified Consultant**
Number    Street
**P.O. Box 551268**

**Jacksonville      FL     32255**
City        State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4**   **1**   **3**   **8**
When was the debt incurred?    **6/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Satellite TV**

**4.26**

**$31,226.55**

**Fed Loan Servicing**
Nonpriority Creditor's Name
**Attention Bankruptcy**
Number    Street
**P.O. Box 69184**

**Harrisburg      PA     17106-9184**
City        State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**From POC #25**

Last 4 digits of account number    **0**   **0**   **1**   **1**
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Debtor 1    **Tre Brian Edwards**
Debtor 2    **Celia Josefina Edwards**

Case number (if known)    **18-50128**

---

**Part 2:**     Your NONPRIORITY Unsecured Claims -- Continuation Page

---

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.27 | | $653.88 |
|---|---|---|

**First United Bank**
Nonpriority Creditor's Name
**Attn: Patricia**
Number        Street
**P.O. Box 16500**

**Lubbock**      **TX**    **79490**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **8**   **7**   **1**   **7**
**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Overdrafts**

| 4.28 | | $8,429.00 |
|---|---|---|

**Ford Motor Credit**
Nonpriority Creditor's Name
**Attn: Baknruptcy**
Number        Street
**P.O. Box 54200**

**Omaha**      **NE**    **68154**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **2**   **2**   **5**   **1**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deficiency after repossession**

Debtor 1   **Tre Brian Edwards**
Debtor 2   **Celia Josefina Edwards**                                    Case number (if known)  **18-50128**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.29 | | $262.61 |
|---|---|---|

**Geico County Mutual Insurance Co**
Nonpriority Creditor's Name
**P.O. Box 509104**
Number       Street

**San Diego              CA     92150**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **5   6   1   2**
When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Insurance Premiums**

| 4.30 | | $249.41 |
|---|---|---|

**GEM Credit**
Nonpriority Creditor's Name
**P.O. Box 3680**
Number       Street

**Akron              OH     44309-3680**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **5   7   1   6**
When was the debt incurred?   **4/8/2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Revolving Account**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.31**

**Grace Clinic of Lubbock**
Nonpriority Creditor's Name
**P.O. Box 650292**
Number     Street

**Dallas          TX     75265**
City            State   ZIP Code

**Last 4 digits of account number    9    9    8    2**
**When was the debt incurred?    2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$342.28**

**Who incurred the debt?    Check one.**
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

**4.32**

Hospitalist Med
Nonpriority Creditor's Name
**c/o Credit Service Company**
Number     Street
**Attn: Bankruptcy**

**P.O. Box 1120**

**Colorado Springs      CO    80901**
City            State   ZIP Code

**Last 4 digits of account number    0    5    6    3**
**When was the debt incurred?    12/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$703.00**

**Who incurred the debt?    Check one.**
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.33

**$551.00**

**Innovative Emergency Medicine**
Nonpriority Creditor's Name
**c/o United Revenue Corp**
Number          Street
**204 Billings Street Ste 120**

**Arlington                    TX          76010**
City                              State      ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5    5    4    9**
When was the debt incurred?    **5/2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Services**

### 4.34

**$6,114.81**

**IRS (Internal Revenue Service)**
Nonpriority Creditor's Name
**Special Procedures-Insolvency**
Number          Street
**P.O. Box 7346**

**Philadelphia                PA        19101-7346**
City                              State      ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**From poc #6**

Last 4 digits of account number    ___  ___  ___  ___
When was the debt incurred?    **'12, '13, '15**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Income Tax & Penalty**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.35 | | **$2,437.60** |
| --- | --- | --- |

**Jefferson Capital Systems, LLC**
Nonpriority Creditor's Name
**P.O. Box 1999**
Number      Street

_____

**St. Cloud          MN    56302**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Jefferson Capital Acct #3346042803**
**Original Creditor : Verizon Wireless**
**Original Acct #077192288100001**

Last 4 digits of account number   **2   0   3   9**
When was the debt incurred?   **12-2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Telecommunications Service**

| 4.36 | | **$310.01** |
| --- | --- | --- |

**LendUp**
Nonpriority Creditor's Name
**237 Kearny Street, #372**
Number      Street

_____

**San Francisco      CA    94108**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   4   3   0**
When was the debt incurred?   **12/25/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Signature Loan**

Debtor 1 **Tre Brian Edwards**

Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.37 | | **$730.00** |
| --- | --- | --- |

**Lubbock Cardiology Clinic**
Nonpriority Creditor's Name
**c/o Collectech Diversified**
Number    Street
**Attn; Collections**

**P.O. Box 12027**

**Lubbock**              **TX**      **79452**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **4    2    1    7**
**When was the debt incurred?**    **7/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Services**

| 4.38 | | **$289.70** |
| --- | --- | --- |

**Lubbock Power & Light**
Nonpriority Creditor's Name
**1301 Broadway**
Number    Street

**Lubbock**              **TX**      **79401**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**From poc #11**

**Last 4 digits of account number**    **9    5    3    8**
**When was the debt incurred?**    **9/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Utility Service**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.39**

**$157.33**

**Lubbock Power & Light**
Nonpriority Creditor's Name
**c/o Collectech Diversified**
Number     Street
**P.O. Box 12027**

**Last 4 digits of account number**   **6   0   9   9**
**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Lubbock**          **TX**     **79452**
City          State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Electric Bill**

---

**4.40**

**$547.00**

**Midland Funding LLC**
Nonpriority Creditor's Name
**P.O. Box 2011**
Number     Street

**Last 4 digits of account number**   **0   6   2   6**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Warren**          **MI**     **48090**
City          State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Collin County, TX JP Court in 2013**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Judgment Rendered**

---

| | |
|---|---|
| Debtor 1 | **Tre Brian Edwards** |
| Debtor 2 | **Celia Josefina Edwards** |

Case number (if known) __18-50128__

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.41 | | $4,889.00 |
|---|---|---|

**Midland Funding LLC**
Nonpriority Creditor's Name
**P.O. Box 2011**
Number    Street

**Last 4 digits of account number**  __0__  __2__  __2__  __6__

**When was the debt incurred?** _____

**Warren**      **MI**    **48090**
City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Collin County, TX JP Court in 2013**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Judgment Rendered**

| 4.42 | | $1,935.00 |
|---|---|---|

**Monterey Financial Svc**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number    Street
**4095 Avenida De La Plata**

**Last 4 digits of account number**  __6__  __9__  __9__  __5__

**When was the debt incurred?** __6/25/2013__

**Oceanside**     **CA**   **92056**
City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured Loan**

Debtor 1   **Tre Brian Edwards**
Debtor 2   **Celia Josefina Edwards**                       Case number (if known)   **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.43 | | $122.00 |
|---|---|---|

**New Mexico Gas Company**
Nonpriority Creditor's Name
**c/o Aargon Collection Agency**
Number        Street
**Attn: Bankruptcy Department**

**8668 Spring Mountain Rd**

**Las Vegas                    NV       89117**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **3     8     1     9**
**When was the debt incurred?**    **5/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utility Service**

| 4.44 | | $272.62 |
|---|---|---|

**PlainsCapital Bank**
Nonpriority Creditor's Name
**P.O. Box 271**
Number        Street

**Lubbock                      TX       79408**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **8     3     0     4**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Overdraft Charges**

Debtor 1  **Tre Brian Edwards**
Debtor 2  **Celia Josefina Edwards**                                    Case number (if known)  **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

| 4.45 | | **$211.00** |

**Progressive County Mutual Ins**
Nonpriority Creditor's Name
**c/o Receivable Management**
Number      Street
**Attn: Bankruptcy**

**4200 Cantera Drive, Ste 211**

**Warrenville          IL        60555**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0   2   3   5**
**When was the debt incurred?**    **5/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Insurance Premiums**

| 4.46 | | **$318.00** |

**Progressive Insurance**
Nonpriority Creditor's Name
**c/o Caine & Weiner Co**
Number      Street
**12005 Ford Road**

**Dallas               TX       75234**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5   1   0   6**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Insurance Premiums**

Debtor 1    **Tre Brian Edwards**
Debtor 2    **Celia Josefina Edwards**

Case number (if known)  **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.47

**$711.05**

**Progressive Leasing**
Nonpriority Creditor's Name
**c/o NPRTO Texas, LLC**
Number        Street
**256 West Data Drive**

Last 4 digits of account number    **4   6   5   9**

**When was the debt incurred?**  _____

**Draper                    UT        84020**
City                        State      ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Lease Damages**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**From poc #7**

4.48

**$261.00**

**Radiology Assoc PA-Clovis**
Nonpriority Creditor's Name
**c/o Albuquerque Collection Service**
Number        Street
**P.O. Box 93877**

Last 4 digits of account number    **8   5   3   7**

**When was the debt incurred?**   **4/2013**

**Albuquerque              NM        87199**
City                        State      ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Medical Services**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1    **Tre Brian Edwards**
Debtor 2    **Celia Josefina Edwards**                                    Case number (if known)   **18-50128**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.49** | | **$29.00**

**Radiology Assoc PA-Clovis**
Nonpriority Creditor's Name
**c/o Albuquerque Collection Service**
Number    Street
**P.O. Box 93877**

**Albuquerque          NM      87199**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **6   5   6   7**
When was the debt incurred?   **5/2016**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Medical Services**

**4.50** | | **$230.85**

**South Plains Electric Co-op**
Nonpriority Creditor's Name
**P.O. Box 1830**
Number    Street

**Lubbock               TX      79408-1830**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **7   0   0   1**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Revolving Account**

| | | |
|---|---|---|
| Debtor 1 | **Tre Brian Edwards** | |
| Debtor 2 | **Celia Josefina Edwards** | |

Case number (if known) **18-50128**

---

**Part 2:**      **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.51**                  **$80.95**

**Suddenlink**
Nonpriority Creditor's Name
**c/o CBHV**
Number    Street
**P.O. Box 831**

**Newburgh         NY    12551-0831**
City             State    ZIP Code
**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **4**   **3**   **9**   **9**
**When was the debt incurred?**    **10/2019**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Telecommunications Service**

---

**4.52**                  **$0.00**

**Synchrony Bank**
Nonpriority Creditor's Name
**c/o PRA Receivables Mgt., LLC**
Number    Street
**P.O. Box 41021**

**Norfolk         VA    23541**
City             State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**per NOA (docket #6)**
**Walmart card #8449**

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**    _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Notice Only**

Debtor 1   **Tre Brian Edwards**

Debtor 2   **Celia Josefina Edwards**                    Case number (if known)  **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.53

**Texas Tech Federal Credit Union**
Nonpriority Creditor's Name
**1802 Texas Tech Parkway**
Number     Street

**Lubbock       TX    79409**
City         State   ZIP Code

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**From poc #9**

$857.58

**Last 4 digits of account number**  **8  5  3  0**

**When was the debt incurred?**  **1/2018**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Overdraft Charges**

### 4.54

**Tri Core Reference Laboratories**
Nonpriority Creditor's Name
**c/o Albuquerque Collection Service**
Number     Street
**P.O. Box 93877**

**Albuquerque     TX    87199**
City         State   ZIP Code

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$135.00

**Last 4 digits of account number**  **1  6  2  5**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Medical Services**

Debtor 1   **Tre Brian Edwards**
Debtor 2   **Celia Josefina Edwards**

Case number (if known)   **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.55**

**$128.22**

**TruFit Athletic Club**
Nonpriority Creditor's Name
**5300 N 23rd Street**
Number        Street

_____

**McAllen            TX      78504**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **4   5   5   W**

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Membership**

**4.56**

**$213.13**

**UMC Health Care**
Nonpriority Creditor's Name
**c/o Data Search, Inc.**
Number        Street
**P.O. Box 461289**

_____

**San Antonio        TX      78246**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**#12847276 $100.00**
**#12865124 $113.13**

Last 4 digits of account number   **u   n   t   s**

**When was the debt incurred?**   **10/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Medical Services**

Debtor 1    **Tre Brian Edwards**
Debtor 2    **Celia Josefina Edwards**                          Case number (if known)  **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.57 |

**UMC Health System**                                          **$350.00**
Nonpriority Creditor's Name
**309 N. Slide Rd**
Number       Street

Last 4 digits of account number    **0   2   3   8**
When was the debt incurred?    **01/2018**

**Lubbock**              **TX**    **79416**
City                     State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.58 |

**UMC Physicians**                                             **$15.00**
Nonpriority Creditor's Name
**c/o Service Bureau**
Number       Street
**6102 Chicago Ave Ste 100**

Last 4 digits of account number    **7   5   2   2**
When was the debt incurred?    **1/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lubbock**              **TX**    **79424**
City                     State   ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

Total claim

**4.59**

$283.02

**University Medical Center**
Nonpriority Creditor's Name
**c/o Datasearch, Inc.**
Number     Street
**P.O. Box 461289**

San Antonio          TX     78246
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   3   4   4
**When was the debt incurred?**   6/7/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Services**

**4.60**

$1,531.49

**University Medical Center**
Nonpriority Creditor's Name
**c/o Datasearch, Inc.**
Number     Street
**P.O. Box 461289**

San Antonio          TX     78246
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   9   9   7   2
**When was the debt incurred?**   6/5/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Services**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.61 | | **$660.64** |

**University Medical Center**
Nonpriority Creditor's Name
**P.O. Box 5980**
Number      Street

Last 4 digits of account number    **9   6   9   8**
When was the debt incurred?    **2017-2018**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lubbock          TX      79408**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical Services**

| 4.62 | | **$2,786.38** |

**Uown**
Nonpriority Creditor's Name
**P.O. Box 18022**
Number      Street

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tampa              FL      33679**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Contract/Lease**

**Rent-to-Own agreement for a Sofa & Loveseat calling for 18 monthly payments of $262.46 beginning in April, 2017**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.63**

$248.93

**Verizon**
Nonpriority Creditor's Name

**c/o American InfoSource**
Number    Street

**4515 N Santa Fe Ave**

**Oklahoma City        OK    73118**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**From poc #13**

Last 4 digits of account number    **0    0    0    1**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Telecommunications Service**

**4.64**

$439.20

**Verizon Wireless**
Nonpriority Creditor's Name

**500 Technology Drive, Ste 550**
Number        Street

**Weldon Spring        MO    63304**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0    0    0    1**

When was the debt incurred?    **2019**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Cell Phone**

| | |
|---|---|
| Debtor 1 | **Tre Brian Edwards** |
| Debtor 2 | **Celia Josefina Edwards** |

Case number (if known) **18-50128**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.65

**$150.00**

**Wells Fargo Bank**
Nonpriority Creditor's Name
**P.O. Box 6995**
_____
Number          Street
_____

**Portland**          **OR**      **97228-6995**
City          State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **1  1  4  8**
**When was the debt incurred?**  **2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Overdraft Charges**

### 4.66

**$200.00**

**West Texas Emergency Room**
Nonpriority Creditor's Name
**P.O. Box 58188**
_____
Number          Street
_____

**Oklahoma City**          **OK**      **76157-8188**
City          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **4  0  8  4**
**When was the debt incurred?**  **2017-2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Services**

| Debtor 1 | **Tre Brian Edwards** | | |
|---|---|---|---|
| Debtor 2 | **Celia Josefina Edwards** | Case number (if known) | **18-50128** |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.67 | | **$200.14** |
|---|---|---|

**Western Shamrock Corp.**
Nonpriority Creditor's Name
**801 S. Abe St.**
Number       Street

**San Angelo            TX      76903**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**From poc #24**

**Last 4 digits of account number**    **Z    0    0    1**
**When was the debt incurred?**    **3/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Signature Loan**

| 4.68 | | **$392.17** |
|---|---|---|

**World Finance Corp**
Nonpriority Creditor's Name
**Attn; Bamkruptcy Dept**
Number       Street
**P.O. Box 6429**

**Greenville            SC      29606**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**From poc #14**

**Last 4 digits of account number**    **4    3    0    1**
**When was the debt incurred?**    **12/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Signature Loan**

Debtor 1 **Tre Brian Edwards**
Debtor 2 **Celia Josefina Edwards**

Case number (if known) **18-50128**

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.69**

$1,471.78

**Zales / Genesis Financial**
Nonpriority Creditor's Name
**c/o Resurgent Capital Services, LP**
Number      Street
**P.O. Box 10675**

Last 4 digits of account number      **3   3   3   5**

When was the debt incurred?      **9/2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Greenville          SC     29603-0675**
City          State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**From poc #18**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Revolving Account**

| Debtor 1 | Tre Brian Edwards | | |
|---|---|---|---|
| Debtor 2 | Celia Josefina Edwards | Case number (if known) | **18-50128** |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Transworld Systems, Inc.**
Name

**P.O. Box 17221**
Number        Street

**Wilmington        DE        19850**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.27**  of  *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    0   3   0   6

| Debtor 1 | **Tre Brian Edwards** | | |
|---|---|---|---|
| Debtor 2 | **Celia Josefina Edwards** | Case number (if known) | **18-50128** |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | | | |
|---|---|---|---|---|
| | 6a. | **Domestic support obligations** | 6a. | **$21,167.05** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$15,034.86** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | **$36,201.91** |

**Total claim**

**Total claims from Part 2**

| | | | | |
|---|---|---|---|---|
| | 6f. | **Student loans** | 6f. | **$38,812.39** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | **$66,013.88** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$104,826.27** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tre** | **Brian** | **Edwards** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Celia** | **Josefina** | **Edwards** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **18-50128**
(if known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the ~~summary and~~ schedules filed with this declaration and that they are true and correct.**

X **/s/ Tre Brian Edwards**
Tre Brian Edwards, Debtor 1

Date **02/05/2020**
MM / DD / YYYY

X **/s/ Celia Josefina Edwards**
Celia Josefina Edwards, Debtor 2

Date **02/05/2020**
MM / DD / YYYY